UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JONATHAN HODGE | CASE NO. 5:22-CV-06144 |
| VERSUS | JUDGE DONALD E. WALTER |
| BOSSIER PARISH AND SHERIFF JULIAN WHITTINGTON | MAGISTRATE JUDGE MARK L. HORNSBY |

## ORDER

CONSIDERING THE FOREGOING Joint Motion to Dismiss

**IT IS HEREBY ORDERED** that the above entitled and numbered cause be dismissed in its entirety with prejudice, with each party to bear their own costs.

**ORDERED AND SIGNED** this 26th day of November, 2024.

_____
DISTRICT JUDGE